1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BILLY RAY MALDONADO | Case No. 1:11-cv-02164-AWI-JLT (PC) |
| Plaintiff, | ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | (Doc. 10). |
| JAMES YATES, et al., | |
| Defendants. | |

Plaintiff Billy Ray Maldonado ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On August 10, 2012, Plaintiff filed an application to proceed in forma pauperis.  (Doc. 10).  However, Plaintiff previously requested in forma pauperis status in December 2011.  (Doc. 2).  The Court granted that request on January 5, 2012.  (Doc. 4).  Plaintiff's current motion is therefore disregarded as moot, as he has already been granted in forma pauperis status for this case.

IT IS SO ORDERED.

Dated:   **August 14, 2012**                    _____**/s/ Jennifer L. Thurston**_____
                                                    UNITED STATES MAGISTRATE JUDGE